1 │ Madonna A. Herman (State Bar No. 221747)
    *mah@manningllp.com*
2 │ **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**
3 │ 121 Spear Street, Suite 200
    San Francisco, California 94105-1582
4 │ Telephone: (415) 217-6990
    Facsimile: (415) 217-6999
5 │
    Attorneys for Defendant PANERA, LLC
6 │
7 │
8 │           **UNITED STATES DISTRICT COURT**
9 │     **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**
10 │

11 │ DAMON SPIKENER,                    Case No. C14-04737 KAW

12 │           Plaintiff,               **STIPULATION TO CONTINUE ADR
                                        DEADLINE:  [~~PROPOSED~~] ORDER**
13 │     v.

14 │ PANERA, LLP,

15 │           Defendant.

16 │

17 │       The parties request that the Court extend the deadline to complete ADR to May 15, 2015.

18 │       The parties and the Mediator have agreed to schedule the mediation for May 7, 2015.  The

19 │ mediation was moved from April 23, 2015 to May 7, 2015 because of calendar conflicts.

20 │ DATED:  March 5, 2015              Respectfully submitted,

21 │                                    **MANNING & KASS**
                                        **ELLROD, RAMIREZ, TRESTER LLP**
22 │

23 │

24 │                                    By:    */s/Madonna A. Herman*
                                               MADONNA A. HERMAN
25 │                                            Attorneys for Defendant PANERA, LLC

26 │

27 │ / / /

28 │ / / /

1   DATED:  March 5, 2015                    **LAW OFFICE OF RICHARD M. ROGERS**

2

3                                            By:   _____ */s/Richard M. Rogers* _____

4                                                  RICHARD M. ROGERS
                                                   Attorneys for Plaintiff
5

6

7   IT IS SO ORDERED:

8   Dated: ____ 3/6/15 _____

9                                            By: _____

10                                               KANDIS A. WESTMORE
                                                 United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO CONTINUE ADR DEADLINE:  [PROPOSED] ORDER**