1  Madonna A. Herman (State Bar No. 221747)
     mah@manningllp.com
2  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
3  121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone: (415) 217-6990
   Facsimile: (415) 217-6999

5
   Attorneys for Defendant
6  PANERA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| DAMON SPIKENER, | Case No. C14-04737 KAW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| PANERA, LLP, | |
| Defendant. | |

The parties request that the Court extend the Case Management Conference date of April 21, 2105 to after completion of the Mediation, which is scheduled for May 6, 2105. The parties have agreed to schedule the Case Management Conference for May 12, 2015.

DATED:  April 14, 2015            Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:   */s/Madonna A. Herman*
      MADONNA A. HERMAN
      Attorneys for Defendant PANERA, LLC

/ / /

/ / /

1                                         Case No. C14-04737 KAW
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

1  DATED:  April 14, 2015          **LAW OFFICE OF RICHARD M. ROGERS**

2

3
                                            By:      */s/Richard M. Rogers*
4                                                 RICHARD M. ROGERS
                                                  Attorneys for Plaintiff
5

6

7  IT IS SO ORDERED:

8  Dated:   4/15/15

9

10                                          By:   [signature: Kandis Westmore]
                                                  KANDIS A. WESTMORE
11                                                United States Magistrate Judge

Manning & Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law

1 **PROOF OF SERVICE**

2 **STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

3   At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is 121 Spear Street, Suite 200, San Francisco, CA 94105-1582.

  On April 14, 2015, I served true copies of the following document(s) described as **STIPULATION TO CONTINUE ADR DEADLINE:  [PROPOSED] ORDER** on the interested parties in this action as follows:

  Richard M. Rogers, Esq.                             Plaintiff's Attorney
  LAW OFFICE OF RICHARD M. ROGERS
  100 Bush Street, #1980
  San Francisco, CA  94105
  Telephone:  415-981-9788
  Facsimile:  415-981-9798
  Email:  RogersRMR@yahoo.com

  **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

  Executed on April 14, 2015, at San Francisco, California.

                              */s/Mary A. Trubiano*
                              Mary A. Trubiano

Case No. C14-04737 KAW
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**