1   **RICHARD M. ROGERS, #045843**
    **LAW OFFICE OF RICHARD M. ROGERS**
2   100 Bush Street, #1980
    San Francisco, CA  94104
3   Telephone:    415/981-9788
    Facsimile:    415/981-9798
4   Email:     RogersRMR@yahoo.com

5   Attorneys for Plaintiff
    **DAMON SPIKENER**

6

7

8                **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12   DAMON SPIKENER,        )  **Case No.:  C14-04737 KAW**
                   )
13          Plaintiff,    )  Case filed:      10/24/14
                   )  Trial date:      05/16/16
14       v.               )
                   )
15   PANERA, LLC,         )  **STIPULATION TO DISMISSAL OF**
                   )  **ACTION; [~~PROPOSED~~] ORDER**
16         Defendant.   )
                   )
17                    )
                   )
18   _____)

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1        Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action

2   with prejudice, pursuant to a Settlement Agreement.

3                                                           Respectfully submitted,

4   Dated:_____June 9, 2015_____        LAW OFFICE OF RICHARD M. ROGERS

5

6                                               By:_____/s/ Richard M. Rogers___
                                                       RICHARD M. ROGERS
7                                                      Attorneys for Plaintiff

8   Dated:_____June 9, 2105_____        MANNING & KASS, ELLROD, RAMIREZ,
                                                TRESTER LLP
9

10

11                                              By:___/s/ Madonna A. Herman_____
                                                       MADONNA A. HERMAN
                                                       Attorneys for Defendant
12

13  **It Is So Ordered.**

14

15  Dated: __6/15/15_____          By:___*Kandis Westmore*_____

16                                    MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

USDC NO. C14-04737 KAW -- STIPULATION TO DISMISSAL OF ACTION; ORDER